**HOM WING GWONG v. WEEDIN, United States Commissioner of Immigration at Seattle, Washington.**

No. 6252.

Circuit Court of Appeals, Ninth Circuit.

Sept. 15, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and WEBSTER, District Judge.

1016

## PER CURIAM.

Pursuant to motion of appellee to docket and dismiss appeal for failure of appellant to file record and docket cause, ordered appeal dismissed; mandate forthwith.